United States District Court
Southern District of Texas
**ENTERED**
June 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NOE A. FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-275 |
| | § | |
| ROMA INDEPENDENT SCHOOL DISTRICT, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

For the reasons stated in this Court's Opinion & Order of June 2, 2017,[1] Plaintiff's claims against Defendants having been **DISMISSED**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of June, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 41.